IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

VIGILANT HOSE COMPANY OF EMMITSBURG

  Plaintiff

v.

UNITED STATES OF AMERICA

  Defendant

* CIVIL ACTION

* NO.: WMN00CV371

*

*

*

* * * * * * * * * * * *

## CONSENT ORDER ESTABLISHING BRIEFING SCHEDULE
## FOR DISPOSITIVE PRETRIAL MOTIONS

  Upon the consent of the parties, it is hereby ORDERED this _____
day of _____, 2000, by the United States District Court for
the District of Maryland as follows:

  1. Plaintiff shall file any motion for summary judgment or
other dispositive pretrial motion in this case on or before
September 25, 2000.

  2. Defendant shall file its response to Plaintiff's
dispositive pretrial motion and any cross-motion in the form
required by Local Rule 105.2.c. within 20 days (plus an additional
three days if service is made by mail) after the date of the
certificate of service on the Plaintiff's motion.

  3. Plaintiff shall file its combined opposition/reply within
20 days (plus an additional three days if service is made by mail)
after the date of the certificate of service on the Defendant's
response and cross-motion.

  4. Defendant shall file any reply to Plaintiff's opposition
to Defendant's cross-motion within the time allowed by Local Rule
105.2.a.

WILLIAM M. NICKERSON,
UNITED STATES DISTRICT JUDGE

Consented to:

David Rodman Cohan, #00993

Sandon L. Cohen, #08851
David Rodman Cohan &
Associates, P.C.
120 E. Baltimore Street
Suite 2121
Baltimore, Maryland 21202
(410) 332-1400
Attorneys for Vigilant Hose
Company of Emmitsburg, Plaintiff

Jason S. Zarin, #14584
Trial Attorney,
Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
(202) 514-0472
Attorneys for the United States
of America, Defendant

copies to:

Sandon L. Cohen, Esquire
David Rodman Cohan & Associates, P.C.
120 E. Baltimore Street, Suite 2121
Baltimore, Maryland 21202

Jason S. Zarin, Esquire
Trial Attorney,
Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044

c:\vigilant\823consent.ord