IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| VIGILANT HOSE COMPANY OF EMMITSBURG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | Civil No. WMN-00-371 |

<u>ORDER</u>

This matter comes before the Court on the Joint Motion to Remove Trial Date from Calendar. After considering the Motion, the Court GRANTS the motion. Therefore the Court ORDERS that the Scheduling Order dated October 12, 2000, is vacated.

So ordered this 10th day of May, 2001.

_____
UNITED STATES DISTRICT JUDGE

FILED _____ ENTERED
_____ RECEIVED
LODGED _____

MAY 10 2001

AT _____
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

