IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VIGILANT HOSE COMPANY OF EMMITSBURG | : |
| | : |
| v. | : Civil Action WMN-00-371 |
| | : |
| UNITED STATES OF AMERICA | : |

### ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 18th day of May, 2001, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiff's Motion for Judgment on the Pleadings, or for Summary Judgment, Paper No. 11, is hereby GRANTED;

2. That Defendant's Motion for Summary Judgment, Paper No. 15, is hereby DENIED;

3. That judgment is entered in favor of Plaintiff and against Defendant in the amount of $37,621.09, plus applicable interest;

4. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58;

5. That this action is hereby CLOSED; and



6.  That the Clerk of the Court shall mail copies of the foregoing Memorandum and this Order to all counsel of record.

_____
William M. Nickerson
United States District Judge